THE STATE *v.* ARMSTRONG.

*Scire facias* against a surety on a forfeited recognizance for the principal's
appearance to an indictment. Previously to judgment on the *scire facias*,
the principal was surrendered in discharge of his bail, and judgment was ren-
dered against the surety, conformably to the statute, for the costs. *Held*, that
the prosecuting attorney's fee, in such case, is 2 dollars and 50 cents.

Wednesday,   ERROR to the *Dearborn* Circuit Court.
May 30.
BLACKFORD, J.—*Armstrong* entered into a recognizance for
the appearance of a person indicted for an assault and battery.
The defendant in the indictment made default, the recogni-
zance was declared forfeited, and a *scire facias* was issued

requiring *Armstrong* to show cause why execution should not issue against him. Previously to judgment on the *scire facias*, the person indicted was surrendered in discharge of his bail; and judgment was rendered, conformably to the statute, against *Armstrong* for the costs (1). The execution and fee bill, which issued against *Armstrong*, contained a charge of 5 dollars as a fee to the prosecuting attorney. The Circuit Court, on motion, struck that charge out of the fee bill.

The statute regulating the fees of different officers, gives to the prosecuting attorney a fee of 5 dollars for every conviction on an indictment or presentment, and a fee of 3 dollars on every unsuccessful application for a divorce. This statute gives, also, a fee of 2 dollars and 50 cents as an attorney's fee in all civil actions at law, when the title to land does not come in question, and of 5 dollars when it does (2). The recognizance under consideration is an obligation of record, with a pecuniary penalty. The proceeding by *scire facias* against the recognizor, after the forfeiture of the recognizance, is to recover the penalty, and is entirely of a civil nature. The defendant in the *scire facias*, therefore, in becoming fixed for the costs, is liable to pay as an attorney's fee, not 5 dollars due on a conviction by presentment or indictment, but 2 dollars and 50 cents, given to the successful party in every civil case.

The Circuit Court were right in striking out the fee of 5 dollars, but they committed an error in not allowing the 2 dollars and 50 cents.

*Per Curiam.*—The judgment is reversed. Cause remanded, with instructions, &c.

*H. Brown,* for the state.
*A. Lane,* for the defendant.

(1) Rev. Code, 1831, p. 316, 409.
(2) Rev. Code, 1831, p. 246.